GREENE v. CARPENTER

No. 491P97

Case below: 127 N.C.App. 396

Motion by defendants (Carpenter et al) to withdraw petition for writ of certiorari allowed 4 December 1997. Motion by defendants (Carpenter et al) to withdraw petition for discretionary review allowed 4 December 1997.

HAYWOOD v. HAYWOOD

No. 510P97

Case below: 127 N.C.App. —— (16 September 1997)

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 4 December 1997. Motion by defendant to dismiss appeal allowed 4 December 1997.

HOGOBOOM v. LANDCRAFT PROPERTIES

No. 483P97

Case below: 127 N.C.App. 208

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997. Petition by plaintiff for writ of certiorari to review the orders of the Superior Court, Mecklenburg County and the decision and orders of the North Carolina Court of Appeals denied 6 November 1997.

IN RE DBA AND PJT

No. 504P97

Case below: 127 N.C.App. 553

Petition by juveniles for discretionary review pursuant to G.S. 7A-31 dismissed 6 November 1997.

IN RE SHIREY

No. 466P97

Case below: 127 N.C.App. 396

Petition by juvenile for discretionary review pursuant to G.S. 7A-31 denied 6 November 1997.